# UNITED STATES BANKRUPTCY COURT
Southern District of New York

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 23, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in this case may be reviewed on the court's Electronic Case File System (ECF) using a PACER login and password at www.nysb.uscourts.gov or at any of the three divisions of the court during posted business hours. NOTE: The staff of the bankruptcy clerk's office and the office of the U.S. trustee cannot give legal advice.

## See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Shonda Bush−Blackshear
330 E 26th St
Apt 8A
New York, NY 10010

| Case Number:<br>11−11291−shl | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−8473 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Lurie Daniel Favors<br>Daniel Favors Law Group PC<br>305 Broadway<br>14th Flr<br>New York, NY 10007<br>Telephone number: 347−967−7737 | Bankruptcy Trustee (name and address):<br>David R. Kittay<br>Kittay & Gershfeld, P.C.<br>100 White Plains Road<br>2nd Floor<br>Tarrytown, NY 10591<br>Telephone number: (914) 332−8000 |

## Meeting of Creditors
Date: **April 15, 2011**　　　　　　　　　　　　　　　　　　Time: **09:30 AM**
Location: **Office of the United States Trustee, 80 Broad Street, Fourth Floor, New York, NY 10004−1408**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/14/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Bowling Green<br>New York, NY 10004−1408<br>Telephone number: 212−668−2870 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Vito Genna |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 5:00 PM | Date: March 24, 2011 |

DEBTORS: BRING THIS NOTICE TO YOUR FIRST MEETING OF CREDITORS TO BE HELD PURSUANT TO SECTION 341(A) OF THE BANKRUPTCY CODE, TOGETHER WITH ANY OTHER DOCUMENTS REQUESTED BY THE TRUSTEE.

# EXPLANATIONS  B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office and the U.S. trustee cannot give legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **DEBTORS** | Duty to Complete Financial Management Course and File Certificate: The Personal Financial Management Course must be completed and Official Form 23 (Financial Management Form Certificate) must be filed within 60 days after the first date set for your section 341(a) meeting, pursuant to Bankruptcy Rule 1007(c). Please note: You will not receive your discharge and your case will be closed without entry of a discharge, if you do not file the form within the required time allotted. If you fail to file the Financial Management Course Certificate and your case is closed, you will be required to file a Motion to Reopen the Case to allow for filing of the Certificate, paying required fees, if any become due, applicable to either the reopening of the case or filing of the motion. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed on the court's Electronic Case File System (ECF) using an attorney's login and password issued by the court or on a diskette or compact disk (CD) in PDF format. If you are unable to file electronically or to submit a copy of your filing on diskette or compact disk (CD), you may file conventionally, provided that you submit with your filing an affidavit of your inability to comply. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the the bankruptcy clerk's office or online with a PACER login and password at www.nysb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

```
                              United States Bankruptcy Court
                              Southern District of New York

In re:                                                         Case No. 11-11291-shl
Shonda Bush-Blackshear                                         Chapter 7
      Debtor                  CERTIFICATE OF NOTICE

District/off: 0208-1        User: kevsu              Page 1 of 2              Date Rcvd: Mar 24, 2011
                            Form ID: b9a             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2011.
db         +Shonda Bush-Blackshear,    330 E 26th St,   Apt 8A,   New York, NY 10010-1908
aty        +Lurie Daniel Favors,    Daniel Favors Law Group PC,   305 Broadway,   14th Flr,
             New York, NY 10007-1134
tr         +David R. Kittay,   Kittay & Gershfeld, P.C.,   100 White Plains Road,   2nd Floor,
             Tarrytown, NY 10591-5566
smg         N.Y. State Unemployment Insurance Fund,    P.O. Box 551,   Albany, NY 12201-0551
smg         New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
             Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg         New York State Tax Commission,   Bankruptcy/Special Procedures Section,   P.O. Box 5300,
             Albany, NY 12205-0300
smg         United States Attorney,   One St. Andrew’s Plaza,   Claims Unit - Room 417,
             New York, NY 10007-1701
ust        +United States Trustee,   33 Whitehall Street,   21st Floor,   New York, NY 10004-2122
5478438    +American Express Travel Related,   Attn: CT Corporation,   111 8th Ave. 13th Floor,
             New York, NY 10011-5213
5478439     Apartment Lease,   Church St. Station,   P.O. Box 1677,   New York, NY 10008-1677
5478442     Dept of Ed/Sallie Mae,   Sallie Mae - Claims Department,   P.O. Box 9400,
             Wilkes-Barre, PA 18773-9400
5478443    +Frank L. Blackshear,   348 W. 122nd St.,   New York, NY 10027-5102
5478444    +Fulton Friedman & Gullace LLP,   28 E. Main St. Ste. 500,   Rochester, NY 14614-1928
5478445    +Fulton Friedman & Gullace LLP,   2345 E. Thomas Rd. Ste. 460,   Phoenix, AZ 85016-7899
5478447    +GMAC/Allied Auto Finance,   Attn: Bankruptcy Center,   PO BOX 130424,   Roseville, MN 55113-0004
5478450    +LDG Financial Services LLC,   7001 Peachtree Industrial Blvd. Ste 320,   Norcross, GA 30092-6637
5478457    +Nelson, Watson & Associates LLC,   80 Merrimack St. Lower Level,   Haverhill, MA 01830-5211
5478456     Nelson, Watson & Associates LLC,   P.O. Box 1299,   Haverhill, MA 01831-1799
5478458    +New York City Health and Hospitals Corp,   Bellvue Hospital Center,   Attn: Patient Records,
             462 First Ave.,   New York, NY 10016-9198
5478459     Sallie Mae - Claims Department,   P.O. Box 9400,   Wilkes-Barre, PA 18773-9400
5478462    +Time Warner Telecom,   Attn: Legal Dept 4th Flr.,   10475 Park Meadows Drive,
             Littleton, CO 80124-5433
5478464    +WFF Card Services,   Recovery Department,   P.O. Box 9210,   Des Moines, Iowa 50306-9210
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5478440     EDI: BANKAMER.COM Mar 24 2011 18:53:00     Bank of America,   P.O. Box 2278,
             Norfolk, VA 23501-2278
5478441     EDI: CAPITALONE.COM Mar 24 2011 18:53:00     Capital One,   P.O. Box 71083,
             Charlotte, NC 28272-1083
5478446     EDI: RMSC.COM Mar 24 2011 18:53:00     GEMB/Old Navy,   P.O. Box 981426,   El Paso, TX 79998-1426
5478448    +EDI: HFC.COM Mar 24 2011 18:53:00     HSBC Card Services Bankruptcy Dept,   P.O. Box 5213,
             Carols Stream, IL 60197-5213
5478449    +EDI: HFC.COM Mar 24 2011 18:53:00     HSBC/BSBUY,   HSBC Card Services Bankruptcy Dept,
             P.O. Box 5213,   Carols Stream, IL 60197-5213
5478451    +EDI: LTDFINANCIAL.COM Mar 24 2011 18:53:00     LTD Financial Services,
             7322 Southwest Freeway, Ste. 1600,   Houston, TX 77074-2053
5478452    +EDI: RESURGENT.COM Mar 24 2011 18:53:00     LVNV Funding LLC,   Attn: Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
5478453    +EDI: TSYS2.COM Mar 24 2011 18:53:00     Macy’s,   1345 South 52 St.,   Tempe, AZ 85281-6970
5478454     EDI: TSYS2.COM Mar 24 2011 18:53:00     Macys,   P.O. Box 183083,   Columbus, OH 43218-3083
5478455     EDI: TSYS2.COM Mar 24 2011 18:53:00     Macys DSNB,   9111 Duke Blvd.,   Mason, Ohio 45040-8999
5478460    +EDI: NEXTEL.COM Mar 24 2011 18:53:00     Sprint Nextel Corporation,
             Attn: Bankruptcy Department,   PO Box 172408,   Denver, Co 80217-2408
5478461    +EDI: CITICORP.COM Mar 24 2011 18:53:00     The Children’s Place,
             Citicards Private Label Barnkruptcy,   P.O. Box 20483,   Kansas City, MO 64195-0483,
             816-505-6961
5478465     EDI: WFNNB.COM Mar 24 2011 18:53:00     WFFNB/Victoria Secrets,   P.O. Box 182128,
             Columbus, OH 43218-2128
5478463    +EDI: WFFC.COM Mar 24 2011 18:53:00     Wells Fargo Bankruptcy Dept,   3476 Stateview Blvd,
             Fort Mills, S.C 29715-7203
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 26, 2011**               **Signature:**      /s/ Joseph Speetjens